UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWAY USA, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>LIFECORE FITNESS, INC. dba Assault Fitness,<br><br>                              Defendant. | Case No.:   22CV492-JO (BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT AND COUNTERCLAIMANT LIFECORE FITNESS, INC. FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF NO. 16]** |

On June 14, 2022, the Court issued a Notice and Order For Early Neutral Evaluation Conference and Case Management Conference in Patent Case. ECF No. 13. The Court scheduled the conferences for August 3, 2022. Id.

On June 24, 2022, Defendant filed an *Ex Parte* Application for Continuance of the Early Neutral Evaluation Conference. ECF No. 16. Defendant seeks to continue the August 3, 2022 Early Neutral Evaluation Conference ("ENE") to "August 12, 15 through 17, 23 through 24 and 31, or as soon thereafter as the Court's schedule would permit." Id. at 4. In support, Defendant states that its "two principals have previously committed to attend an industry trade show, which precludes both of them from being able to participate in the ENE conference." Id. at 3; see also ECF No. 16-1, Declaration of J. Christopher Jaczko in Support of *Ex Parte* Application of Defendant and Counterclaimant Lifecore Fitness, Inc. for Continuance of Early Neutral Evaluation Conference ("Jaczko Decl.") at ¶¶ 3-4. The two principles, Mr. Roger and Ms. Traci Bates, "are the only authorized representatives of LifeCORE who have "full settlement authority" as defined in and required by the Order." Id. Defendant notes that Plaintiff does not oppose this request and is available to attend the ENE on "August 12, 15 through 17, 23 through 24 and 31, or as soon thereafter as the Court's schedule would permit." Id. at 4; see also Jaczko Decl. at ¶ 8.

Good cause appearing, Defendant's *Ex Parte* motion is **GRANTED** as follows:

1. The August 3, 2022 ENE and Case Management Conference are **CONTINUED** to **August 23, 2022** at **9:30 a.m.**

2. Each participant should plan to join the Zoom video conference at least five minutes before the start of the ENE to ensure that the ENE begins promptly at **9:30 a.m**. **The Zoom e-mail invitation may indicate an earlier start time, but the ENE will begin at the Court-scheduled time**.

3. No later than **August 12, 2022**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the name and title of each participant, an e-mail address for each participant to receive the Zoom video conference invitation, and a telephone number where each participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.

4. On or before **August 12, 2022**, the parties must submit via fax or email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major.

5. In the event the case does not settle at the ENE, the Court will conduct an Initial Case Management Conference. In preparation for this conference, the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **August 2, 2022**, file a joint Case Management Statement with Magistrate Judge Barbara L. Major by **August 12, 2022**, and exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **August 16, 2022**.

6. All other guidelines and requirements remain as previously set. See ECF No. 13.

**IT IS SO ORDERED**.

Dated: 6/27/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The parties must not append attachments or exhibits to the ENE statement.