UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWAY USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFECORE FITNESS, INC. dba Assault Fitness,<br><br>Defendant. | Case No.:   22CV492-JO (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE CASE MANAGEMENT ORDER**<br><br>**[ECF NO. 31]** |

On August 23, 2022, the Court the Court held an Early Neutral Evaluation Conference and Case Management Conference in Patent Case.  ECF No. 22.  The case did not settle and on August 24, 2022, the Court issued a Case Management Order Regulating Discovery and Other Pretrial Proceedings in a Patent Case.  ECF No. 23.

On October 21, 2022, the parties filed a Joint Motion to Amend the Case Management Order.  ECF No. 31.  The parties seek to continue case deadlines by approximately one month. Id.  In support, the parties state that Plaintiff needs additional time to add a patent that was issued on October 11, 2022 to its complaint and that a continuance will allow defense counsel, who substituted in on this matter on September 29, 2022, "time to familiarize itself with this case, particularly in light of Woodway's new patent." Id. at 4.

Good cause appearing, the parties' motion is **GRANTED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to file Amended and Supplemental Complaint to add U.S. Patent No. 11,465,005, which issued on October 11, 2022 | N/A | October 24, 2022 |
| Plaintiff to serve Infringement Contentions pursuant to Patent L.R. | N/A | November 2, 2022 |

| | | |
|---|---|---|
| 3.1 and produce documents as required by Patent L.R. 3.2 with respect to U.S. Patent No. 11,465,005 | | |
| Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required by Patent L.R. 3.4 | November 7, 2022 | December 7, 2022 |
| Identify and exchange proposed terms and claim elements for construction | November 14, 2022 | December 14, 2022 |
| Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b) | November 21, 2022 | December 21, 2022 |
| Responsive Claim Constructions pursuant to Patent L.R. 4.1(c) and identify extrinsic evidence as required by Patent L.R. 4.1(d) | December 5, 2022 | January 5, 2023 |
| Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement pursuant to Patent L.R. 4.2 | December 19, 2022 | January 19, 2023 |
| Amended Infringement Contentions | December 19, 2022 | January 19, 2023 |
| Discovery intended for use in Claim Construction Hearing | January 17, 2023 | February 17, 2023 |
| Amended Invalidity Contentions | January 17, 2023 | February 17, 2023 |
| Opening Claim Construction Briefs | January 31, 2023 | March 1, 2023 |
| Responsive Claim Construction Briefs | February 14, 2023 | March 14, 2023 |
| Initial date for the substantial completion of document discovery including ESI | February 20, 2023 | March 20, 2023 |
| Claim Construction and tutorial hearing | March 1, 2023 @ 9:30 a.m. | April 12, 2023 @ 9:30 a.m. |

**IT IS SO ORDERED.**

Dated: 10/25/2022

Hon. Barbara L. Major
United States Magistrate Judge