UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWAY USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFECORE FITNESS, INC. dba Assault Fitness,<br><br>Defendant. | Case No.:   22CV492-JO (BLM)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT ORDER**<br><br>**[ECF NO. 39]** |

On August 23, 2022, the Court the Court held an Early Neutral Evaluation Conference and Case Management Conference in Patent Case.  ECF No. 22.  The case did not settle and on August 24, 2022, the Court issued a Case Management Order Regulating Discovery and Other Pretrial Proceedings in a Patent Case.  ECF No. 23.

On October 21, 2022, the parties filed a Joint Motion to Amend the Case Management Order.  ECF No. 31.  The parties sought to continue case deadlines by approximately one month.  Id.  On October 25, 2022, the Court granted the parties' motion.  ECF No. 35.

On December 7, 2022, Defendant filed an Unopposed Motion to Amend the Case Management Order.  ECF No. 39.  Defendant seeks to continue the deadline 1) for Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required by Patent L.R. 3.4, 2) to identify and exchange proposed terms and claim elements for construction, and 3) for Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b) by two days.  Id. at 2.   In support, Defendant states that the continuance is necessary to allow Defendant to complete its invalidity contentions and that "Defendant's lead counsel has been in trial which ended on Monday, December 5, 2022."  Id. Defendant notes that no remaining deadlines need to be moved and that Plaintiff does not

oppose the request. Id.

Good cause appearing, the parties' motion is **GRANTED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required by Patent L.R. 3.4 | December 7, 2022 | December 9, 2022 |
| Identify and exchange proposed terms and claim elements for construction | December 14, 2022 | December 16, 2022 |
| Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b) | December 21, 2022 | December 23, 2022 |
| Responsive Claim Constructions pursuant to Patent L.R. 4.1(c) and identify extrinsic evidence as required by Patent L.R. 4.1(d) | January 5, 2023 | No Change |
| Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement pursuant to Patent L.R. 4.2 | January 19, 2023 | No Change |
| Amended Infringement Contentions | January 19, 2023 | No Change |
| Discovery intended for use in Claim Construction Hearing | February 17, 2023 | No Change |
| Amended Invalidity Contentions | February 17, 2023 | No Change |
| Opening Claim Construction Briefs | March 1, 2023 | No Change |
| Responsive Claim Construction Briefs | March 14, 2023 | No Change |
| Initial date for the substantial completion of document discovery including ESI | March 20, 2023 | No Change |
| Claim Construction and tutorial hearing | April 12, 2023 @ 9:30 a.m. | No Change |

**IT IS SO ORDERED**.

Dated: 12/8/2022

Hon. Barbara L. Major
United States Magistrate Judge