

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWAY USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFECORE FITNESS, INC. dba Assault Fitness,<br><br>Defendant. | Case No.:   22CV492-JO (BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO AMEND THE SCHEDULING ORDER**<br><br>**[ECF No. 120]** |

On June 5, 2024, the parties filed a Joint Motion to Amend the Scheduling Order.  ECF No. 114.  The parties sought to continue the remaining case deadlines by approximately three weeks.  Id. at 4.  In support, the parties stated that Woodway was unable to conduct the 30(b)(6) deposition of Assault that was scheduled to take place on May 22, 2024 and May 31, 2024 because Assault failed to produce updated financial documents prior to the deposition.  Id. at 3.  Assault agreed to produce the updated financials no later than June 14, 2024 and the parties agreed that the deposition would take place no later than June 21, 2024.  Id. at 4.  The parties stated that good cause existed for extending the scheduling order "[b]ecause a June 21, 2024 deposition would not allow Woodway to prepare for the current June 19, 2024 expert disclosure deadline."  Id.

On June 6, 2024, the Court issued an order granting the Joint Motion to Amend the Scheduling Order.  ECF No. 115.

1

On June 20, 2024, the parties filed a Joint Motion to Amend the Scheduling Order.  ECF No. 116.  The parties sought to continue the remaining case deadlines by approximately five to fourteen days.  Id. at 4.  In support, the parties stated that Assault produced the updated financial information on June 14, 2024 and Woodway chose June 20, 2024 to complete the Assault 30(b)(6) deposition, but "[o]n June 20, 2024, neither counsel for Assault nor Mr. Mossuto appeared for the June 20, 2024, noticed deposition" because counsel for Assault incorrectly scheduled the deposition for June 21, 2024, a date that was unavailable for Woodway.  Id. at 3-4.  The parties noted that "[t]he delay in the completion of Assault's 30(b)(6) deposition thus prejudices Woodway's ability to sufficiently prepare for the Court-ordered deadlines for expert reports."  Id. at 4.

On June 21, 2024, the Court issued an order granting the Joint Motion to Amend the Scheduling Order.  ECF No. 117.

On July 4, 2024, the parties filed a Joint Motion to Amend the Scheduling Order.  ECF No. 118.  The parties sought to continue the remaining pretrial deadlines by two weeks.  Id. at 4.

In support, the parties stated that they:

> will be attending oral argument in-person at the USPTO in Alexandria, Virginia, on July 24, 2024, and must file all demonstratives prior to the scheduled oral argument by July 22, 2024 ("Competing Events"). See LifeCORE Fitness, Inc. d/b/a Assault Fitness v. Woodway USA, Inc., IPR2023-00836, IPR2023-00843, IPR2023-00849. Because both parties will be travelling, attending, and otherwise preparing for the Competing Events on and around the current deadline for opening expert reports on [July] 24, 2024, both parties agree that a two-week extension of all current expert deadlines in the instant case would enable the parties to timely serve their expert reports under Fed. R. Civ. P. 26(a).

Id. at 3-4.

On July 8, 2024, the Court issued an order granting the Joint Motion to Amend the Scheduling Order.  ECF No. 119.

On July 22, 2024, the parties filed a Joint Motion to Amend the Scheduling Order.  ECF No. 120.  The parties seek an extension of all expert discovery deadlines by one week.  Id. at 4.  Defendant states that this additional extension is needed for Defendant's damages expert to

22CV492-JO(BLM)

"review Woodway's report and prepare a rebuttal report."  Id.

Good cause appearing, the parties' motion is **GRANTED**, in part as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | May 22, 2024 | No Change |
| Expert reports under Fed. R. Civ. P. 26(a)(2) | August 7, 2024 | No Change |
| Rebuttal expert reports under Fed. R. Civ. P. 26(a)(2)(D)(ii) | September 4, 2024 | No Change |
| Rebuttal expert reports for both Plaintiff and Defendant's damage experts under Fed. R. Civ. P. 26(a)(2)(D)(ii) | September 4, 2024 | September 11, 2024 |
| Close of all discovery including expert discovery (with below exception) | October 2, 2024 | No Change |
| Close of all discovery for damage expert discovery only | October 2, 2024 | October 9, 2024 |

**IT IS SO ORDERED**.

Dated:  7/22/2024

Hon. Barbara L. Major
United States Magistrate Judge

3

22CV492-JO(BLM)