UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODWAY USA, INC.<br><br>                Plaintiff,<br><br>v.<br><br>LIFECORE FITNESS, INC.<br><br>                Defendant. | Case No.: 3:22-cv-00492-JO-BLM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

For the reasons stated on the record at the January 30, 2025, hearing, the Court rules as follows. First, based on Defendant's stipulation at the January 23, 2025 hearing, and Plaintiff's counsel's non-objection, the Court dismisses Defendant's counterclaims of inequitable conduct against Plaintiff. Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Second, the Court grants Defendant's motion for summary judgment of noninfringement as to call claims and denies Plaintiff's motion for summary judgment of infringement as to all claims. Dkt. 146; Dkt. 151. While the parties' summary judgment briefing was predominately directed at Plaintiff's theory of direct infringement, the Court's ruling regarding direct infringement requires it to grant summary judgment in favor of Defendant on Plaintiff's claims of induced infringement as well. Dkt. 34 at 4-8; *Minn. Min. & Mfg. Co. v. Chemque, Inc.*, 303 F.3d 1294, 1304-05 (Fed. Cir. 2002) (explaining that to establish inducement, the patentee must show direct infringement). Third, because the Court grants Defendant's

motion for summary judgment in full, and it disposes of all of Plaintiff's claims as discussed above, the Court orders the Clerk of Court to CLOSE the case.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
Hon. Jinsook Ohta
United States District Court